No. 07-16-00297-CR

| In re Phillip Leo Torres, Jr., Relator | § | Original Proceeding |
|---|---|---|
| | § | August 18, 2016 |
| | § | Opinion Per Curiam |
| | § | |

# **J U D G M E N T**

Pursuant to the opinion of the Court dated August 18, 2016, it is ordered, adjudged and decreed that relator's petition for writ of mandamus is hereby denied.

o O o